UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV-26-08939-MWF (ASx)** **Date: October 22, 2026**

Title: Albert C Gannaway, et al. v. Kirk M Hallam

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| --- | --- |
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| --- | --- |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE RE: JURISDICTION

On August 11, 2026, Petitioners Albert C. Gannaway and Gannaway Entertainment, Inc. filed a Petition to Confirm Arbitration Award (the "Petition"). (Docket No. 2). Petitioners also filed a Declaration of Albert C. Gannaway in Support of Petition to Confirm Arbitration Award (the "Declaration"). (Docket No. 6). Both the Petition and Declaration state that Respondent Kirk M. Hallam initiated an arbitration before the American Arbitration Association ("AAA") in New York. (Complaint at ¶ 6; Declaration at ¶ 4). The Final Award in the arbitration was issued on August 27, 2025. (Complaint at ¶ 9; Declaration at ¶ 5).

This action was transferred to this Court because it is related to *Kirk M. Hallam v. Albert C. Gannaway, et al.*, Case No. 25-11359-MWF(ASx) (the "*Hallam* Action"). The Court granted Respondents' Motion to Dismiss Petition to Vacate Arbitration Award and Denied Petitioner's Corrected Motion to Vacate and/or Modify the Award, and entered judgment on July 28, 2026 . (Docket No. 36 in the *Hallam* Action). Petitioner Hallam filed a Notice of Appeal in the *Hallam* Action on August 26, 2026. (Docket No. 37 in the *Hallam* Action).

The Court struck Petitioners' Proofs of Service (Docket Nos. 16-19) citing the Federal Arbitration Act, 9 U.S.C. § 9, regarding service. (Docket No. 21). On September 14, 2026, Petitioners applied for an order directing the United States Marshal to serve the Petition to Confirm Arbitration Award and Related Documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV-26-08939-MWF (ASx) Date: October 22, 2026**
Title: Albert C Gannaway, et al. v. Kirk M Hallam

(Docket No. 22). The Court granted the USMS Application on September 16, 2026. (Docket No. 23).

The Federal Arbitration Act, 9 U.S.C. Code § 9, provides:

> If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order[.]" Alternatively "[i]f no court is specified in the agreement of the parties, then such application may be made to the United States court in and for the district within such award was made.

Because the arbitration was held in New York, the Court **ORDERS** Petitioners to **SHOW CAUSE** in writing on or before **November 4, 2026**, why this action should not be dismissed for lack of jurisdiction. Alternatively, Petitioners may request that this action be transferred to the Southern District of New York. Failure to respond by the above date will result in dismissal of the action.

IT IS SO ORDERED.