UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV-26-08939-MWF (ASx)** **Date: November 17, 2026**

Title: Albert C Gannaway, et al. v. Kirk M Hallam

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DISCHARGING ORDER TO SHOW CAUSE RE JURISDICTION [25]; ORDER TO SHOW CAUSE RE SERVICE OF PETITION

On October 22, 2026, the Court filed an Order to Show Cause re Jurisdiction (the "Jurisdiction OSC"). (Docket No. 25). On November 4, 2026, Petitioners Albert C. Gannaway and Gannaway Entertainment Inc. filed their Response (the "Response") to the Jurisdiction OSC. (Docket No. 26). The Court has reviewed the Response and finds that it satisfactorily responds to the jurisdiction question raised in the Jurisdiction OSC. Accordingly, the Jurisdiction OSC is **DISCHARGED**.

The Court now **ORDERS** Petitioners to **SHOW CAUSE** regarding service of the Petition. In a footnote in the Response, Petitioners "request that the Court issue an order directing the U.S. Marshal to serve Respondent through the e-mail address that he has registered with the California State Bar." (Response at 3 n. 1).

Petitioners filed this action on August 11, 2026. (Docket No. 1). The ninety-day clock for service under Federal Rule of Civil Procedure 4(m) has accordingly expired. The Court extends the deadline for service of the Petition because Petitioners timely responded to the Court's Jurisdiction OSC and have shown their intent to prosecute this action.

California law permits substitute service on a defendant if the plaintiff, acting with reasonable diligence, cannot serve process by ordinary methods. *See* Cal. Code.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV-26-08939-MWF (ASx) Date: November 17, 2026**
Title: Albert C Gannaway, et al. v. Kirk M Hallam

Civ. Proc. S 415.20(b). Petitioners have not made the requisite showing to permit substituted service.

"[I]t is not up to the U.S. Marshal to locate the individuals to be served; instead plaintiff must provide the service address." *Malchow v. City of Fountain Valley*, CV-26-00259-VBF (SPx), 2026 WL 1802422, at *2 (C.D. Cal. May 26, 2026). Petitioners must either (a) provide a proper address for the U.S. Marshal to serve Respondent, or (b) properly request substituted service and demonstrate that they have met the statutory requirements.

Accordingly, Petitioners are **ORDERED** to respond in writing on or before **December 8, 2026**, how they intend to proceed to serve the Petition. In response, Petitioners may provide proof that they have provided an alternative service address for Respondent to the United States Marshal, or they may file a motion to proceed with alternative service. Failure to respond by the above date will result in dismissal of the action.

IT IS SO ORDERED.